**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

CYNTHIA LYNN CRABTREE,                    :
AIS 249596,

                                     :

       Petitioner,

                                       :

vs.                                        CA 09-0363-WS-C

                                       :

CYNTHIA S. WHEELER-WHITE,

                                     :

       Respondent.

## <u>ORDER</u>

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated October 14, 2009 is **ADOPTED** as the opinion of this Court.

**DONE** this 17th day of November, 2009.

   <u>s/WILLIAM H. STEELE</u>
**UNITED STATES DISTRICT JUDGE**