# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

CYNTHIA LYNN CRABTREE, :
AIS 249596,
:
    Petitioner,
:
vs.                                                   CA 09-0363-WS-C
:
CYNTHIA S. WHEELER-WHITE,
:
    Respondent.

## **JUDGMENT**

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is due to be, and hereby is, **DISMISSED WITHOUT PREJUDICE** in accordance with Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute and abide by this Court's orders dated August 7, 2009 and August 20, 2009.

**DONE** this 17th day of November, 2009.

                      s/WILLIAM H. STEELE
                      **UNITED STATES DISTRICT JUDGE**